**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JOSE SANCHEZ** *et al.*, | Case No.: 13-CV-01885 YGR |
| Plaintiff(s), | **ORDER DENYING MOTION TO DISMISS AS MOOT** |
| vs. | |
| **BAY AREA RAPID TRANSIT DISTRICT** *et al.*, | |
| Defendant(s). | |

On May 1, 2013, Defendants filed a Motion to Dismiss (Dkt. No. 6).  On May 14, 2013, Plaintiff(s) filed a second amended complaint pursuant to Federal Rule of Civil Procedure 15(a)(1(B). In light of the filing of the second amended complaint, the Motion to Dismiss is **DENIED AS MOOT**.

This terminates Dkt. No. 6.

**IT IS SO ORDERED.**

Date: May 29, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**