UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSE SANCHEZ** *et al.*, <br>     **Plaintiff(s),** <br>   vs. <br> **BAY AREA RAPID TRANSIT DISTRICT** *et al.*, <br>     **Defendant(s).** | Case No.: 13-CV-01885 YGR <br><br> **ORDER DENYING MOTION TO DISMISS AS MOOT** |

On May 1, 2013, Defendants filed a Motion to Dismiss (Dkt. No. 6). On May 14, 2013, Plaintiff(s) filed a second amended complaint pursuant to Federal Rule of Civil Procedure 15(a)(1(B). In light of the filing of the second amended complaint, the Motion to Dismiss is **DENIED AS MOOT**.

This terminates Dkt. No. 6.

**IT IS SO ORDERED.**

Date: May 29, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**