# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSE SANCHEZ,**<br>　　　**Plaintiff,**<br>　　　v.<br>**BAY AREA RAPID TRANSIT DISTRICT,** *et al.*,<br>　　　**Defendants.** | **Case No.: 13-CV-1885 YGR**<br><br>**ORDER TO SHOW CAUSE; CONTINUING CASE MANAGEMENT CONFERENCE** |

On September 23, 2013, the Court set a Case Management Conference in the above-captioned case on January 13, 2014. (Dkt. No. 37.) Pursuant to Civil Local Rule 16-10(d) and this Court's Standing Order in Civil Cases (http://cand.uscourts.gov/ygrorders), the parties were required to file an updated Joint Case Management Statement "reporting progress or changes since the last statement was filed and making proposals for the remainder of the case development process" at least seven days before the scheduled Case Management Conference. Accordingly, the parties' updated Joint Case Management Statement was due on Monday, January 6, 2014. The parties filed no statement.

Accordingly, the parties are **ORDERED TO SHOW CAUSE** why they should not be sanctioned for failure to file a Joint Case Management Statement as prescribed by the Court's Local Rules and Standing Order. The Joint Case Management Conference set for January 13, 2014, is **CONTINUED** to the Court's 2:00 p.m. Calendar on **Monday, January 27, 2014**, in Courtroom 5 of the United

States Courthouse located at 1301 Clay Street, in Oakland, California.  A hearing on the Order to Show Cause will be held concurrently with the rescheduled Case Management Conference.

By no later than **Friday, January 17, 2014**, the parties must file both (1) a Joint Case Management Statement, which includes, in addition to the content required by the Court's Local Rules and Standing Order, a statement that the parties have reviewed the Local Rules with respect to their responsibilities and (2) a joint, written response to this Order to Show Cause why they should not be sanctioned for their failure to timely file a Joint Case Management Statement. Failure to file timely a Joint Case Management Statement or a response to the Order to Show Cause will be deemed an admission that no good cause exists for the parties' non-compliance and that the imposition of monetary sanctions is appropriate.

**IT IS SO ORDERED**.

Date: January  8, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**