**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE SANCHEZ,<br><br>    **Plaintiff,**<br><br>    v.<br><br>BAY AREA RAPID TRANSIT DISTRICT, *et al.*,<br><br>    **Defendants.** | Case No.: 13-CV-1885 YGR<br><br>**ORDER VACATING DATES AND SETTING COMPLIANCE HEARING; DISCHARGING ORDER TO SHOW CAUSE** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court understands, based upon the representations of the parties, that the above-styled case has settled. Accordingly, all pending motion, case management, and trial dates are **VACATED**. A compliance hearing shall be held on the Court's **9:01 a.m.** Calendar, on **Friday, March 7, 2014,** in Courtroom 5 of the United States Courthouse located at 1301 Clay Street in Oakland, California.

Five (5) business days prior to the date of the compliance hearing, the parties shall file either (a) a Stipulation of Dismissal; or (b) a one-page **JOINT STATEMENT** setting forth an explanation regarding the failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar. Telephonic appearances at the compliance hearing will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

The Court has reviewed the parties' Joint Response to the Order to Show Cause that this Court issued on January 8, 2014. (Dkt. Nos. 43 (Order to Show Cause), 46 (Joint Response.) The

Court is satisfied with the parties' response and **DISCHARGES** the Order to Show Cause without further effect.  The Order to Show Cause hearing set for the Court's 2:00 p.m. Calendar on Monday, January 27, 2014, is **VACATED**.

    **IT IS SO ORDERED**.

Date: January  21, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**