**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JOSE SANCHEZ,** | Case No.: 13-CV-1885 YGR |
| Plaintiff, | **ORDER VACATING COMPLIANCE HEARING AND REINSTATING PRETRIAL AND TRIAL DATES** |
| v. | |
| **BAY AREA RAPID TRANSIT DISTRICT,** *et al.*, | |
| Defendants. | |

The Court has reviewed the docket in the above-captioned case, including the parties' recent submission (Dkt. No. 52) which is inconsistent with the express representation from *all* parties to the Court that they "were able to reach a global settlement of the above entitled case" and their "request that because this matter has been settled that all court deadlines be taken off-calendar." (Dkt. No. 46 at 3:10, 4:4-5.)  The Court notes that, at the time the parties' representation was made, discovery had closed and the trial date was scheduled for June 23, 2014.

In light of the filings, the Court **VACATES** the compliance hearing set for **May 2, 2014**, and **REINSTATES** the pretrial and trial schedule for *all* parties, as follows:

| | |
|---|---|
| COMPLIANCE HEARING (*SEE* PAGE 2) | Friday, June 20, 2014, at 9:01 a.m. |
| JOINT PRETRIAL CONFERENCE STATEMENT: | June 27, 2014 |
| PRETRIAL CONFERENCE: | Friday, July 11, 2014, at 9:00 a.m. |
| TRIAL DATE: | Monday, July 21, 2014, at 8:30 a.m. |

Pursuant to the Court's Pretrial Instructions in Civil Cases at Section 2, trial counsel shall meet and confer at least twenty-one (21) days in advance of the Pretrial Conference. The compliance hearing on Friday, June 20, 2014, at 9:01 a.m., is intended to confirm that counsel have timely met and conferred as required by the Pretrial Instructions. The compliance hearing shall be held in the United States Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1. Five (5) business days prior to the date of the compliance hearing, the parties shall file a one-page JOINT STATEMENT confirming they have complied with this requirement or explaining their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar. Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED**.

Date: May 1, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**