**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JOSE SANCHEZ,**<br>　　　　Plaintiff,<br>　　v.<br>**BAY AREA RAPID TRANSIT DISTRICT**, *et al.*,<br>　　　　Defendants. | Case No.: 13-CV-1885 YGR<br><br>**ORDER REQUIRING JOINT SUBMISSION AND CONTINUING COMPLIANCE HEARING** |

On June 16, 2014, plaintiff filed a notice of settlement in the above-captioned case. (Dkt. No. 57.) In the notice, plaintiff asks the Court to vacate all "deadlines," which the Court construes as a request to vacate the pretrial and trial schedule entered on May 1, 2014 (Dkt. No. 55). Given the circumstances of this case, the Court will not vacate the pretrial and trial schedule unless it receives a *joint* notice of settlement signed by *all* parties or their counsel of record. *See* Civ. L.R. 5-1(i)(3) (rule governing e-filing of documents with multiple signatures). The parties need not have executed final settlement documents to file such notice.

The Court **CONTINUES** the compliance hearing currently set for June 20, 2014, to its 9:01 a.m. Calendar on **June 27, 2014** in Courtroom 1 of the United States Courthouse located at 1301 Clay Street in Oakland, California.

Five (5) business days prior to the date of the compliance hearing, the parties shall file either (a) the joint notice of dismissal contemplated above; or (b) a one-page joint statement setting forth an explanation regarding the failure to comply. If compliance is complete, the parties need not appear, the compliance hearing will be taken off calendar, and the Court will proceed to

considering any request to vacate the current pretrial and trial dates. Failure to comply may result in sanctions.

The pretrial and trial dates set by the Court's Order of May 1, 2014 remain undisturbed.

**IT IS SO ORDERED**.

Date: June 18, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**