**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JOSE SANCHEZ,**<br><br>      **Plaintiff,**<br><br>      **v.**<br><br>**BAY AREA RAPID TRANSIT DISTRICT,** *et al.***,**<br><br>      **Defendants.** | Case No.: 13-CV-1885 YGR<br><br>**ORDER VACATING PRETRIAL AND TRIAL DATES; CONTINUING COMPLIANCE HEARING** |

Pursuant to the parties' joint notice of settlement (Dkt. No. 59), the Court **VACATES** all pending motion, case management, and trial dates.

The Court **CONTINUES** the compliance hearing currently scheduled for June 27, 2014 to its 9:01 a.m. Calendar on **October 10, 2014,** in Courtroom 1 of the United States Courthouse located at 1301 Clay Street in Oakland, California.

At least five (5) business days prior to the date of the compliance hearing, the parties shall file either (a) a Stipulation of Dismissal; or (b) a one-page joint statement setting forth an explanation regarding the failure to comply. If compliance is complete and the compliance hearing will be taken off calendar. Failure to comply may result in sanctions.

**IT IS SO ORDERED**.

Date: June 19, 2014

                                                **YVONNE GONZALEZ ROGERS**
                                                **UNITED STATES DISTRICT COURT JUDGE**