UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSE SANCHEZ,**<br><br>    **Plaintiff,**<br><br>    **v.**<br><br>**BAY AREA RAPID TRANSIT DISTRICT,** *et al.***,**<br><br>    **Defendants.** | **Case No.: 13-CV-1885 YGR**<br><br>**ORDER CONTINUING COMPLIANCE HEARING** |

The Court **CONTINUES** the compliance hearing currently scheduled for October 10, 2014 to its 9:01 a.m. Calendar on **October 17, 2014,** in Courtroom 1 of the United States Courthouse located at 1301 Clay Street in Oakland, California.

At least five (5) business days prior to the date of the compliance hearing, the parties shall file either (a) a Stipulation of Dismissal; or (b) a one-page joint statement setting forth an explanation regarding the failure to comply.  If compliance is complete and the compliance hearing will be taken off calendar.  Failure to comply may result in sanctions.

**IT IS SO ORDERED**.

Date: October 9, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**