Manuel A. Juarez (SBN 200706)
LAW OFFICES OF MANUEL A. JUAREZ
2143 Cedar St., Ste. 200
Berkeley, California 94709
Tel./ Fax: (510) 841-6164

L. M. Parmenter (SBN 176196)
PARMENTER LAW OFFICES
lmparmenter@lawpar.com
501 "B" Street, Ste. 200
San Rafael, CA 94901
Tel/Fax: (415) 738-7901

Paul J. Molinaro, M.D., J.D  (SBN 242879)
FRANSEN & MOLINARO, LLP
980 Montecito Drive, Suite 206
Corona, CA 92879
(951)520-9684 Ext. 7692
(951)284-1089 (Fax)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE SANCHEZ, <br><br>            Plaintiff, <br><br>    vs. <br><br> BAY AREA RAPID TRANSIT aka B.A.R.T., CITY AND COUNTY OF SAN FRANCISCO, JENNIFER ISHIKAWA, and DEBORAH PALMER, individually and in their official capacities,  & DOES 1-4, 8-100 individually and in their official capacities. <br><br>            Defendants | Case No.: 4:13-cv-01885 YGR <br><br> **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF CITY AND COUNTY OF SAN FRANCISCO, JENNIFER ISHIKAWA AND DEBORAH PALMER** |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate, by and through their designated counsel of record, to the dismissal with prejudice of defendants City and County of San Francisco, Jennifer Ishikawa and Deborah Palmer with each party to bear their own costs and fees.

**IT IS SO STIPULATED**.

Respectfully submitted,

Dated: 10/03/2014   /s/ L.M. Parmenter
L.M. Parmenter
Attorney for Plaintiff
JOSE SANCHEZ

Dated: 10/03/2014   /s/ Sean ConnolIy
Sean Connolly
 Attorney for Defendants
CITY AND COOUNTY OF SAN FRANCISCO,
JENNIFER ISHIKAWA
and DEBORAH PALMER

### ORDER OF DISMISSAL

The above stipulation of dismissal of defendants City and County of San Francisco, Jennifer Ishikawa and Deborah Palmer having been considered and good cause appearing:

IT IS HEREBY ORDERED that defendants City and County of San Francisco, Jennifer Ishikawa and Deborah Palmer are dismissed with prejudice in its entirety in the above-captioned action, and each party to bear their own costs and attorneys fees.

Dated: October 14, 2014

YVONNE GONZALEZ ROGERS
UNITED STATES JUDGE