**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JOSE SANCHEZ,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**BAY AREA RAPID TRANSIT DISTRICT,** *et al.***,**<br><br>    **Defendants.** | Case No.: 13-CV-1885 YGR<br><br>**ORDER CONTINUING COMPLIANCE HEARING** |

At the request of the parties (Dkt. No. 64), the Court **CONTINUES** the compliance hearing currently scheduled for October 17, 2014 to its 9:01 a.m. Calendar on **October 31, 2014,** in Courtroom 1 of the United States Courthouse located at 1301 Clay Street in Oakland, California.

At least five (5) business days prior to the date of the compliance hearing, the parties shall file either (a) a Stipulation of Dismissal as to the remaining defendants; or (b) a one-page joint statement setting forth an explanation regarding the failure to comply (i.e., the status of the settlement process).  If compliance is complete the compliance hearing will be taken off calendar. Failure to comply may result in sanctions.

This Order terminates Dkt. No. 64.

**IT IS SO ORDERED**.

Date: October 14, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**