**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JOSE SANCHEZ,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**BAY AREA RAPID TRANSIT DISTRICT,** *et al.*,<br><br>    **Defendants.** | Case No.: 13-CV-1885 YGR<br><br>**ORDER SETTING COMPLIANCE HEARING** |

A compliance hearing regarding the status of settlement shall be held on Friday, **January 30, 2015**, on the Court's 9:01 a.m. calendar, in Courtroom 1 of the United States Courthouse located at 1301 Clay Street in Oakland, California.

At least **five (5) business days** prior to the date of the compliance hearing, the parties shall file either (a) a **STIPULATION OF DISMISSAL** as to the remaining defendants; or (b) a one-page **JOINT STATEMENT** setting forth an explanation regarding the failure to comply (i.e., the status of the settlement process). If compliance is complete the compliance hearing will be taken off calendar. Failure to comply may result in sanctions.

**IT IS SO ORDERED**.

Date: November 3, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**