1 | Manuel A. Juarez (SBN 200706)
LAW OFFICES OF MANUEL A. JUAREZ
2143 Cedar St., Ste. 200
Berkeley, California 94709
Tel./ Fax: (510) 841-6164

L. M. Parmenter (SBN 176196)
PARMENTER LAW OFFICES
lmparmenter@lawpar.com
501 "B" Street, Ste. 200
San Rafael, CA 94901
Tel/Fax: (415) 738-7901

Paul J. Molinaro, M.D., J.D  (SBN 242879)
FRANSEN & MOLINARO, LLP
980 Montecito Drive, Suite 206
Corona, CA 92879
(951)520-9684 Ext. 7692
(951)284-1089 (Fax)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE SANCHEZ,<br><br>         Plaintiff,<br>vs.<br><br>BAY AREA RAPID TRANSIT DISTRICT, *et al.*,<br><br>         Defendants. | Case No.: 4:13-cv-01885 YGR<br><br>[**PROPOSED**] ORDER DIRECTING CMS TO PROVIDE INFORMATION REGARDING JOSE SANCHEZ<br><br>*AS MODIFIED BY THE COURT* |

1

**Case No.: 4:13-cv-01885 YGR   Order of Court to Centers for Medicare and Medicaid Services (CMS)**

**TO CENTERS FOR MEDICARE AND MEDICAID SERVICES:**

It is hereby **ORDERED** that the Centers for Medicare and Medicaid Services (CMS) provide in writing, within 15 days from the date this Order is sent to CMS by plaintiff (via USPS with delivery confirmation): (1) confirmation of whether or not Jose Sanchez (information below) is a Medicare beneficiary, (2) whether Medicare has paid any medical expenses on his behalf to date in connection with this litigation, and (3) if Medicare expects to pay any future medical expenses on his behalf in connection with this litigation.  CMS is further ordered to provide the amount, if any, of payments Medicare has made on behalf of Jose Sanchez in connection with this litigation.

| | | |
|---|---|---|
| Name | : | Jose R. Sanchez |
| Medicare Number | : | |
| Date of Birth | : | |
| Date of Injury | : | January 29, 2010 |

**The above is to be sent (by USPS Mail and by Facsimile) to:**

Ligia M. Parmenter, Esq.
PARMENTER LAW OFFICES
501 B Street, Ste. 200, San Rafael, CA 94901
Facsimile: (415) 738-7901

**IT IS SO ORDERED.**

Dated:  November 24, 2014

_____
THE HONORABLE YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE