Manuel A. Juarez (SBN 200706)
LAW OFFICES OF MANUEL A. JUAREZ
2143 Cedar St., Ste. 200
Berkeley, California 94709
Tel./ Fax: (510) 841-6164

L. M. Parmenter (SBN 176196)
PARMENTER LAW OFFICES
lmparmenter@lawpar.com
501 "B" Street, Ste. 200
San Rafael, CA 94901
Tel/Fax: (415) 738-7901

Paul J. Molinaro, M.D., J.D  (SBN 242879)
FRANSEN & MOLINARO, LLP
980 Montecito Drive, Suite 206
Corona, CA 92879
(951)520-9684 Ext. 7692
(951)284-1089 (Fax)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE SANCHEZ,<br><br>             Plaintiff,<br>vs.<br><br>BAY AREA RAPID TRANSIT aka B.A.R.T., CITY AND COUNTY OF SAN FRANCISCO, JENNIFER ISHIKAWA, and DEBORAH PALMER, individually and in their official capacities,  & DOES 1-4, 8-100 individually and in their official capacities.<br><br>             Defendants | Case No.: 4:13-cv-01885 YGR<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF BAY AREA RAPID TRANSIT AND PAUL BAILEY** |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate, by and through their designated counsel of record, to the dismissal with prejudice of defendant Bay Area Rapid Transit and Paul Bailey with each party to bear their own costs and fees.

**IT IS SO STIPULATED**.

Respectfully submitted,

Dated: 02/26/2015

/s/ L.M. Parmenter
L.M. Parmenter
Attorney for Plaintiff
JOSE SANCHEZ

Dated: 02/26/2015

/s/ Donald P. Eichhorn
Donald P. Eichhorn
Attorney for Defendant
BAY AREA RAPID TRANSIT

PARMENTER LAW OFFICES
501 B STREET, SUITE 200, SAN RAFAEL, CA 94901
TEL/FAX (415) 738-7901
LMPARMENTER@LAWPAR.COM

## ORDER OF DISMISSAL

The above stipulation of dismissal of defendant Bay Area Rapid Transit having been considered and good cause appearing:

IT IS HEREBY ORDERED that defendant Bay Area Rapid Transit is dismissed with prejudice in its entirety in the above-captioned action, and each party to bear their own costs and attorney fees.

Dated: March 5, 2015

YVONNE GONZALEZ ROGERS
UNITED STATES JUDGE